# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL D. WARDELL,<br>      Plaintiff,<br><br>      v.<br><br>SOCIAL SECURITY<br>ADMINISTRATION,<br>      Defendant. | C.A. No. 17-132 Erie<br><br>District Judge Baxter<br>Magistrate Judge Lanzillo |

## MEMORANDUM ORDER

This social security appeal was commenced by the filing of a Complaint on May 23, 2017. Plaintiff filed a supplement to the complaint on June 15, 2018. This matter was referred to United States Magistrate Judge Lisa Pupo Lenihan for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On July 12, 2018, Magistrate Judge Lenihan issued a scheduling order establishing deadlines for filing summary judgment motions and directing each party to file a form consenting to the jurisdiction of a magistrate judge or electing to have a district judge randomly assigned. [ECF No. 16]. Plaintiff did not file anything in response to Judge Lenihan's scheduling order and subsequently failed to respond to Judge Lenihan's show cause order [ECF No. 21].

On September 14, 2018, the undersigned was sworn in as a United States District Judge. On October 10, 2018, this action was reassigned to the undersigned, as presiding judge, and was assigned to United States Magistrate Judge Richard A. Lanzillo for all pretrial proceedings.

On October 12, 2018, Judge Lanzillo issued a Magistrate Judge's Report and

Recommendation ("R&R") recommending that this case be dismissed for Plaintiff's failure to prosecute. [ECF No. 23]. Service of the R&R was made on Plaintiff at his address of record, via first class United States mail. Objections to the R&R were due from Plaintiff by October 29, 2018; however, Plaintiff has failed to file any objections.

After de novo review of the complaint and documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 1st day of November, 2018;

IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute. The report and recommendation of Magistrate Judge Lanzillo, issued October 12, 2018 [ECF No. 23], is adopted as the opinion of the court. The Clerk is directed to mark this case closed.

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
U.S. Magistrate Judge

all parties of record